UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 25 Mag. 2309-2 |
| CHRISTHIAN AYBAR-BERROA, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of MOSTAFA KHAIRY, Special Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating 18 U.S.C. § 3, in a complaint dated July 23, 2025, and was arrested on July 24, 2025;

It is further found that the defendant was presented before Magistrate Judge Ona T. Wang in this District on July 25, 2025, and was ordered detained;

It is further found that Neil Kelly, Esq., counsel for defendant, and Special Assistant United States Attorney Mostafa Khairy have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 14 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 14 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 22, 2025, and that a copy of this Order and the affirmation of Special Assistant United States Attorney Mostafa Khairy be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       August __1___, 2025

_____
UNITED STATES MAGISTRATE JUDGE