UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Miguel Moa, Nunez

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE
25 ~~cr~~ 2309 ( ) ( )
mj

Defendant  Miguel Francisco Mora Nunez  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

☒ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Miguel Mora Nunez
Print Defendant's Name

_____
Defense Counsel's Signature

Natali Todd
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/31/25
Date

_____
U.S. Magistrate Judge